## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRIBORO HARDWARE & INDUSTRIAL SUPPLY CORP.,** | |
| *Plaintiff,* | **Civ. No. 19-13416 (ES) (JAD)** |
| **v.** | **ORDER** |
| **JUSTIN A. GREENBLUM,** | |
| *Defendant.* | |

MᶜNULTY, DISTRICT JUDGE

Before the Court is the motion (DE 8) of plaintiff Triboro Hardware & Industrial Supply Corp. for default judgment against defendant Justin A. Greenblum. For the reasons set forth in the accompanying Opinion,

IT IS this 3d day of December 2020

**ORDERED** the motion for default judgment is GRANTED as to Counts One and Four of the Complaint; and it is further

**ORDERED** that Counts Two and Three of the Complaint are dismissed; and it is further

**ORDERED** that within 10 days, plaintiff shall make a supplemental submission, as detailed in the Court's accompanying Opinion, regarding the damages amounts sought, and a revised proposed form of judgment.

/s/ Kevin McNulty

_____
**Kevin McNulty, U.S.D.J.**