# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRIBORO HARDWARE & INDUSTRIAL SUPPLY CORP., *Plaintiff*, - against - JUSTIN A. GREENBLUM, *Defendant*. | Civil Action No. 2:19-cv-13416-ES-MAH **SEALING ORDER** |

Pursuant to this Court's December 3, 2020 opinion and order (*see* ECF No. 13 at 13), Local Civil Rule 5.3(c), and for good cause shown, it is ORDERED that ECF Nos. 16, 16-1, 16-2, 16-3, and 16-4 are permanently sealed.

Dated: Newark, New Jersey
January 4, 2021

/s/ Kevin McNulty
_____
Hon. Kevin McNulty, U.S.D.J.